

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Samir Ibrahimov

**Petitioner ,**

V.

See Attachment

**Respondent.**

**Civil Action No.** 26-cv-00196-BAS-BJW

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Oral Argument Hearing held on 1/30/2026. For the reasons stated on the record, the Court denies 1 Petition for Writ of Habeas Corpus. This case is hereby closed.

**Date:**          1/30/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M.Williams

M.Williams, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-0196-BAS-BJW</u>

Respondent : Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Warden of the Otay Mesa Detention Facility; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General;Executive Office for Immigration Review